**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HSBC BANK USA, N.A.,**

        **Plaintiff,**

**-vs-**                                                                       **Case No. 6:12-cv-1309-Orl-22DAB**

**WILLIAM L. ANDERSON, et al.,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Motion to Appear In Forma Pauperis (Doc. No. 3) filed on August 27, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 24, 2012 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Appear In Forma Pauperis (Doc. No. 3), filed on August 27, 2012, is **DENIED**.

3. This case is **DISMISSED** for lack of subject matter jurisdiction.

4. The Clerk shall terminate any other pending motions and close the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 12, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party